



# MEMORANDUM OPINION

No. 04-11-00660-CR

**EX PARTE** Michael Lloyd **MORGAN**

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2011W0323
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
                 Rebecca Simmons, Justice
                 Steven C. Hilbig, Justice

Delivered and Filed:  January 4, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal and to expedite the issuance of the mandate based on his showing of good cause. The motion is signed by both appellant and his attorney. The motion is granted. The appeal is dismissed. *See* TEX. R. APP. P. 42.2(a). The clerk of the court is directed to issue the mandate immediately. *See id*. 18.1(c).

PER CURIAM

DO NOT PUBLISH